IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ivan Julian Smith<br>aka Ivan J. Smith,<br>aka Ivan Smith<br>&<br>Marie Therese Smith<br>aka Marie Smith,<br>aka Marie T. Smith<br>Debtor(s) | BK NO. 14-05286 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/ James C. Warmbrodt, Esquire**
                                James C. Warmbrodt, Esquire
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                412-430-3594