```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 14-05286-RNO
Ivan Julian Smith                                               Chapter 13
Marie Therese Smith
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke        Page 1 of 1         Date Rcvd: May 19, 2020
                             Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db/jdb         +Ivan Julian Smith,   Marie Therese Smith,   514 S. Webster Ave. Rear,   Scranton, PA 18505-1376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Chrisovalante  Fliakos    on behalf of Creditor    PHH Mortgage Corporation pamb@fedphe.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Joseph Angelo Dessoye    on behalf of Creditor    PHH Mortgage Corporation pamb@fedphe.com
          Tullio  DeLuca    on behalf of Plaintiff Ivan Julian Smith tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 2 Marie Therese Smith tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Plaintiff Marie Therese Smith tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 1 Ivan Julian Smith tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ivan Julian Smith,<br>aka Ivan J. Smith, aka Ivan Smith, | Chapter 13 |
| **Debtor 1** | Case No. 5:14−bk−05286−RNO |
| Marie Therese Smith,<br>aka Marie Smith, aka Marie T. Smith, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−8405    xxx−xx−4243

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 19, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)